# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADAM HILL, et al.,** )<br> )<br>**Plaintiffs,** )<br> )<br>v. )<br> )<br>**WACKENHUT SERVICES**<br>**INTERNATIONAL, et al.,** )<br> )<br>**Defendants.** )<br> ) | Civil Action No. 1:11-cv-02158 (JEB) |

## JOINT STATUS REPORT

The parties, by and through their respective undersigned counsel, report as follows concerning the arbitration between Claimants and Wackenhut Services, Inc.: The arbitration before JAMS is continuing.

Respectfully submitted,

Dated: 20 January 2015

ARENT FOX LLC

By: /s/ Henry Morris, Jr.
Henry Morris, Jr., D.C. Bar No. 375894
Nancy S. Heermans, D.C. Bar No. 291757
1717 K Street, N.W.
Washington, D.C. 20036-5342
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

*Counsel for The Wackenhut Defendants*

/s/ Jason Levine
Jason A. Levine (Bar No. 449053)
  jlevine@velaw.com
Craig M. Margolis (Bar No. 454783)
  cmargolis@velaw.com
Tirzah S. Lollar (Bar No. 497295)
  tlollar@velaw.com
Crystal N. Y'Barbo (Bar No. 1003494)
  cybarbo@velaw.com

VINSON & ELKINS L.L.P.

LDR/427239.1

        2200 Pennsylvania Avenue, N.W.
        Suite 500 West
        Washington, D.C. 20037
        (202) 639-6500
        (202) 639-6604 (facsimile)
        *Attorneys for Defendants*
        *KBR, Inc., Halliburton Co., and the Other*
        *Non-Wackenhut Entities*

/s/ Scott J. Bloch
Scott J. Bloch (D.C. Bar No. 984264)
LAW OFFICES OF SCOTT J. BLOCH, PA
1050 17th St., N.W.
Suite 600
Washington, DC  20036
Tel: 202-496-1290
Fax: 202-478-0479
scott@scottblochlaw.com

Michael J. Trevelline, DC Bar # 437454
LAW OFFICES OF MICHAEL TREVELLINE
1823 Jefferson Place, NW
Washington, DC 20036-2504
(202) 737-1139
Fax:  (202) 775-1118
mjt@mjtlegal.com

C*ounsel for Adam Hill et al.*

## CERTIFICATE OF FILING

    I hereby certify that on this **20th** day of **January 2015** a copy of the foregoing was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          /s/ Michael Trevelline

- 2 -

LDR/427239.1