## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-02158 (JEB) |
| ) | |
| WACKENHUT SERVICES ) | |
| INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties, by and through their respective undersigned counsel, report as follows concerning the arbitration between Claimants and the Wackenhut Defendants:

The arbitration before JAMS is continuing.

///

///

Dated: 11 July 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Rebecca L. Saitta<br>Rebecca L. Saitta, D.C. Bar No. 488110<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20036<br>Telephone 202.719.7000<br>Facsimile: 202.719.7049<br>rsaitta@wileyrein.com | /s/ Jason Levine<br>Jason A. Levine (Bar No. 449053)<br>   jlevine@velaw.com<br>Craig M. Margolis (Bar No. 454783)<br>   cmargolis@velaw.com<br>Tirzah S. Lollar (Bar No. 497295)<br>   tlollar@velaw.com<br>Crystal N. Y'Barbo (Bar No. 1003494)<br>   cybarbo@velaw.com<br>VINSON & ELKINS L.L.P.<br>2200 Pennsylvania Avenue, N.W.<br>Suite 500 West<br>Washington, D.C. 20037<br>(202) 639-6500<br>(202) 639-6604 (facsimile) |
| Henry Morris, Jr., D.C. Bar No. 375894<br>ARENT FOX LLC<br>1717 K Street, N.W.<br>Washington, D.C. 20036-5342<br>Telephone:  (202) 857-6000<br>Facsimile:  (202) 857-6395 | |
| *Counsel for The Wackenhut Defendants* | *Attorneys for Defendants<br>KBR, Inc., Halliburton Co., and the Other<br>Non-Wackenhut Entities* |

/s/ Scott J. Bloch
Scott J. Bloch (D.C. Bar No. 984264)
LAW OFFICES OF SCOTT J. BLOCH, PA
1050 17th St., N.W.
Suite 600
Washington, DC  20036
Tel: 202-496-1290
Fax: 202-478-0479
scott@scottblochlaw.com

Michael J. Trevelline, DC Bar # 437454
LAW OFFICES OF MICHAEL TREVELLINE
1823 Jefferson Place, NW
Washington, DC 20036-2504
(202) 737-1139
Fax:  (202) 775-1118
mjt@mjtlegal.com

C*ounsel for Adam Hill et al.*

## CERTIFICATE OF FILING

I hereby certify that on this **11th** day of **July 2016** a copy of the foregoing was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          /s/ Michael Trevelline